NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
SCOTT D. TENLEY (Cal. Bar No. 298911)
Assistant United States Attorney
    Ronald Reagan Federal Bldg & U.S. Courthouse
    411 West 4th Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-2829
    Facsimile: (714) 338-3561
    E-mail:    scott.tenley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA 19-MJ-879 |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION FOR PRETRIAL DETENTION |
| v. | |
| RAFFIK SILVA ZAFRET, | |
| Defendant. | |

    This matter is before the Court on the government's application for review of the magistrate judge's order setting conditions of release. The Court has read and considered the government's memorandum in support of detention and the pretrial services report, and heard argument from the parties.

    The Court hereby finds that no condition or combination of conditions can reasonably assure the safety of any person or the community. The Court bases this conclusion on the following: (1) the pending criminal complaint, which alleges defendant performed two check cashing store robberies, one of which involved, at the least, a replica firearm; (2) a pending state court criminal case involving four convenience store robberies, at least one of which involved the

use of a loaded revolver; (3) a pending state court criminal case for vehicular manslaughter; and (4) all other reasons stated on the record during the hearing.

Defendant is therefore ordered detained pending trial.

IT IS SO ORDERED.

November 25, 2019
DATE

*David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
SCOTT D. TENLEY
Assistant United States Attorney